UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID MIXON                                                                                                PLAINTIFF

VERSUS                                                             CIVIL ACTION NO. 1:15CV221-RHW

GLORIA PERRY et al                                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS ORDERED AND ADJUDGED that Defendants [37] [43] Motions for Summary Judgment are GRANTED and that Plaintiff's lawsuit is DISMISSED with prejudice as to all claims and all Defendants.

SO ORDERED, this the 12th day of October, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE